UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HELEN PERCY,

           Plaintiff,

     vs.

MENU FOODS,

           Defendant.

NO. C07-690RSL

ORDER REMOVING CASE FROM
ACTIVE CASELOAD

      This Court having stayed the above-entitled action pending the MDL panel's determination whether all actions, including this action should be transferred and coordinated and/or consolidated under 28 U.S.C. § 1407 for pretrial proceedings;

      It is HEREBY ORDERED that this action shall be removed from this Court's active caseload until further application by the parties or order of this Court. This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

      DATED this 16th day of May, 2007.

*Mt S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER -1